215 So.2d 463

**Dewitt DAWSON**

v.

**STATE.**

**8 Div. 325.**

Supreme Court of Alabama.

Nov. 7, 1968.

Jas. H. Tompkins, Tuscumbia, for petitioner.

MacDonald Gallion, Atty. Gen., and Robt. F. Miller, Asst. Atty. Gen., opposed.

KOHN, Justice.

Petition of Dewitt Dawson for certiorari to the Court of Appeals to review and revise the judgment and decision in Dawson v. State, 44 Ala.App. 525, 215 So.2d 459 (8 Div. 157).

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ. concur.

220 So.2d 261

**Charles James GRACE**

v.

**STATE.**

**I Div. 574.**

Supreme Court of Alabama.

March 13, 1969.

Collins, Galloway & Murphy, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and John A. Lockett, Jr., Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Charles James Grace for certiorari to the Court of Appeals to review and revise the judgment and decision in Grace v. State, 44 Ala.App. 682, 220 So.2d 259.

Writ denied.

LAWSON, MERRILL, and HARWOOD, JJ., concur.

216 So.2d 302

**Robert GRAHAM**

v.

**STATE.**

**3 Div. 396.**

Supreme Court of Alabama.

Dec. 12, 1968.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., for petitioner.

Smith & Cruse, Montgomery, opposed.

BLOODWORTH, Justice.

Petition of the State by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Graham v. State, 44 Ala.App. 554, 216 So.2d 298.

Writ denied.

LAWSON, SIMPSON and COLEMAN, JJ., concur.